## DOW et al. v. CEDARTOWN TEXTILES INC.

WYATT, Justice. 1. In the case against Richard Morrison there was no evidence that he had notice of the order of the court or of its terms. The evidence showed that the defendant was not an employee of Cedartown Textiles Inc., was not a member of the striking union, and had not served on the picket line at any time, although he admitted that he had been down at the mill from time to time since the strike started. This was not sufficient to show that he had notice of the order, and he can not, therefore, be held in contempt for violating it. The judgment holding this plaintiff in error in contempt was error and must be reversed.

2. All other questions raised in the instant case are controlled as to all other plaintiffs in error by the rulings made in the case of *Williams* v. *Cedartown Textiles,* ante, p. 659.

*Judgment affirmed in part and reversed in part. All the Justices concur.*

No. 17679. ARGUED NOVEMBER 13, 1951—DECIDED JANUARY 14, 1952—
REHEARING DENIED JANUARY 29, 1952.

*Poole, Pearce & Hall, J. R. Goldthwaite Jr., Thomas S. Adair, Robert S. Cahoon* and *Cecil Franklin,* for plaintiffs in error.

*Henry A. Stewart, Stewart & York* and *Frank A. Constangy,* contra.